**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1448**

---

ALICE M. DEANE,

Plaintiff - Appellant,

versus

MARSHALLS, INCORPORATED; NATIONAL LABOR
RELATIONS BOARD,

Defendants - Appellees.

---

**No. 07-1709**

---

ALICE M. DEANE,

Plaintiff - Appellant,

versus

MARSHALLS, INCORPORATED,

Defendant - Appellee.

---

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:06-mc-00031-jct; 7:07-mc-00020-jct)

---

Submitted: October 10, 2007      Decided: November 7, 2007

---

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alice M. Deane, Appellant Pro Se.  Eric G. Moskowitz, NATIONAL LABOR RELATIONS BOARD, Washington, D.C., for Appellee NLRB.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Alice M. Deane appeals the district court's orders entered on April 25, 2007, and July 17, 2007, in her civil action. We find that Deane has waived appellate review of these orders by failing to challenge the district court's reasoning in her informal appellate briefs. Accordingly, we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>